

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 DEC -3  PM 3: 58

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02905-RBJ-KMT

Borden, Ronald L.; Plaintiff {Pro Se, non-forma pauperis}

v.

County of Costilla, Colorado; Defendant 1 {CEO: Stephen Romero}

Capital One Financial Corporation; Defendant 2 {CEO: Richard D. Fairbank}

United Parcel Service; Defendant 3 {CEO: Carol Tome}

State of Colorado; Defendant 4 {GOVERNOR: Jared Polis}

*PARTY CONTACT INFO:*

*PLAINTIFF: Ronald L. Borden; ADDRESS: L15 25th St., San Luis Valley Ranches, Blanca, CO*

*81123; PH# 719-480-5036; EMAIL: proteusi@comcast.net*

*Defendant 1: County of Costilla, Colorado [CEO ibid] ADDRESS [only avail.]: Administration*

*Office, P.O. Box 100, 352 Main St. San Luis, CO  81152; PH# 719-672-3372; EMAIL:*

*Stephen.romero@costilla-co.gov*

1

*Defendant 2: Capital One Financial Corporation [CEO ibid] ADDRESS [only avail.]: 1680 Capital One Dr., McClean, VA  22102; PH# no consumer line available for headquarters/legal; all lines go to customer service AI directory; EMAIL: no consumer email available for headquarters/legal*

*Defendant 3: United Parcel Service [CEO ibid] ADDRESS [only avail.]: 55 Glenlake Parkway NE, Atlanta, GA  30328; PH# no consumer line available for headquarters/legal; all lines go to customer service AI directory; EMAIL: no consumer email available for headquarters/legal*

*Defendant 4: State of Colorado [GOVERNOR ibid] ADDRESS: State Capitol Bldg. 200 E. Colfax Ave., Rm. 136, Denver, CO  80203; PH# [office front desk] 303-8662471; EMAIL: no email available for the governor*

## MOTION TO RESTRICT

Pursuant D.C.COLO.LCivR 7.2(c), Plaintiff requests **Motion to Amend Complaint** be restricted to level 1 to protect identity of persons I allege committed crimes and investigations in progress and those Plaintiff seeks to make him whole. Moreover; to protect personal identifying and financial information as well as routine of plaintiff.

2

## CERTIFICATE OF SERVICE

The plaintiff, Ronald L. Borden, states under penalty of perjury, **Motion to Restrict** will be emailed to party's representation listed below on 12/3/20.

BCC of the County of Costilla

Betsy L. Stewart; Attorney

**SGR, LLC**

3900 E. Mexico Ave., Suite 700

Denver, CO  80210

email: bstewart@sgrllc.com

PH: 303-320-0210

Capital One Financial Corporation

Rebecca L. Crotty, Esq.

**Timmins LLC**

450 E. 17th Avenue, Suite 210

Denver, CO  80203

email: bc@timminslaw.com

PH: 303-592-4510

United Parcel Service

Catlin Sinclaire Blythe; Partner

**Morrison & Foster LLP**

425 Market St

San Francisco, CA 94105

email1: cblythe@mofo.com

email2: SBarr@mofo.com

PH: 415-268-6463

State of Colorado

Lee Ann Morrill

First Assistant Attorney & General

Counsel to the Attorney General

Public Officials Unit

email: leeann.morrill@coag.gov

PH: 720-508-6159

Ronald L. Borden {Pro Se Plaintiff}

L15 25th St.

San Luis Valley Ranches

Blanca, CO  81123

PH# 719-480-5036

email: proteusi@comcast.net